UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE DELGADO,

    Plaintiff,

v.                                      Case No:   6:15-cv-2139-Orl-41TBS

MAGICAL CRUISE COMPANY,
LIMITED,

    Defendant.

## ORDER

    This case comes before the Court without oral argument on Plaintiff's Motion to Compel Better Answers to Interrogatories, filed June 8, 2017 (Doc. 40); Plaintiff's Motion to Compel Documents Responsive to His First Request for Production, filed June 19, 2017 (Doc. 41); and Plaintiff's Motion for a Telephonic Hearing Regarding Plaintiff's Motion to Compel Better Answers to Interrogatories, and Plaintiff's Motion to Compel Documents Responsive to His First Request for Production (Doc. 46).

    The Case Management and Scheduling Order ("CMSO") established a June 5, 2017 deadline for the completion of all discovery in this case (Doc. 20). Although two subsequent Orders were issued rescheduling the trial date, status conference, and deadline for mediation (Docs. 23, 24), neither of those Orders disturbed the discovery deadline or the other provisions of the CMSO which provides:

> D. Discovery Deadline – Each party shall timely serve discovery requests so that the Rules allow for a response prior to the discovery deadline. The Court may deny as untimely all motions to compel filed after the discovery deadline.

(Doc. 20 at 3).

Plaintiff's Motion to Compel Better Answers to Interrogatories and Motion to Compel Documents (Docs. 40, 41) were both filed after the deadline. The Court has twice reminded the parties of this deadline[1] and it was the subject of much discussion at the telephonic hearing held May 26, 2017 (Doc. 45-3). Now, the motions to compel are **DENIED as untimely.** The motion for telephonic hearing (Doc. 46) is **DENIED as moot.**

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] See Doc. 29, pg. 5 ("That said, the deadline to complete all discovery is June 5, 2017..."); and Doc. 37, pg. 2 ("the discovery deadline is set to expire June 5, 2017 ...").